**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**Central Division**

| | |
|---|---|
| TIFFANY M. SCHRINER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DENTONS DAVIS BROWN PC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 4:22-cv-00192-SMR-HCA |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tiffany M. Schriner voluntarily dismisses without prejudice all claims against Defendant Dentons Davis Brown PC.

Dated: June 21, 2022         */s/ J. Barton Goplerud*
J. Barton Goplerud
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
goplerud@sagwlaw.com

Eric Lechtzin
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
elechtzin@edelson-law.com

*Counsel for Plaintiff*